**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER SMITH and D'ERRICA PERRYMAN, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC PERSONNEL SERVICES, INC., a California Corporation,<br><br>Defendant. | CASE No. **3:17-cv-03594-SK**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND REVISED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hearing Date: August 19, 2019<br>Hearing Time: 9:30 a.m.<br><br>Magistrate Judge Sallie Kim<br><br>San Francisco Courthouse, Courtroom C - 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on August 19, 2019, at 9:30 a.m. in the United States District Court for the Northern District of California, located at the San Francisco Courthouse, Courtroom C - 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before Magistrate Judge Sallie Kim, Plaintiffs Tyler Smith and D'Errica Perryman ("Plaintiffs") will move for final approval of the proposed Class Settlement with Defendant Pacific Personnel Services, Inc. ("Defendant").

This motion is brought in accordance with the Order dated October 11, 2018 [Doc. No. 51], the Order dated April 11, 2019 [Doc. No. 61] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Motion and Memorandum of Points and Authorities, the Declaration of Derek Smith (Settlement Administrator), the previously filed motion for final approval [Doc. No.53], the previously filed motion for attorneys' fees and costs [Doc. No. 52], the argument of counsel, and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Agreement.

Respectfully submitted,

Dated: July 11, 2019      BLUMENTHAL NORDREHAUG BHOWMIK
                          DE BLOUW LLP

                          By:   */s/ Norman Blumenthal*
                                Norman B. Blumenthal
                                Kyle R. Nordrehaug
                                Attorneys for Plaintiffs

# **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs Tyler Smith and D'Errica Perryman ("Plaintiffs") and Defendant Pacific Personnel Services, Inc. ("Defendant") have reached a class settlement. Under the terms of the Class Action Settlement Agreement ("Agreement"), Defendant agrees to pay Four Hundred Eighty Thousand Dollars ($480,000) (the "Gross Settlement Amount") in consideration for the settlement and the release of the Class Members' claims. This Court preliminarily approved the settlement by Order dated October 11, 2018 [Doc. No. 51].

This Court previously heard the motion for final approval [Doc. No.53] and the motion for attorneys' fees and costs [Doc. No. 52], and granted both motions by Order dated February 25, 2019. The Parties then discovered that there were three hundred twenty-three (323) Class Members whose previous Notices were sent to incorrect last known addresses. By Order dated April 11, 2019 [Doc. No. 61], this Court vacated the Order dated February 25, 2019 and the ensuing Judgment, and ordered that corrective notice be mailed.

As set forth in the accompanying Declaration of Derek Smith, the corrective notice was mailed on May 13, 2019. (Declaration of Derek Smith at ¶ 7.) The Class members were given an additional notice period to object or to request exclusion. The result of this corrective notice process is that no class members objected and no class members requested exclusion. (Declaration of Derek Smith at ¶¶ 10, 11.)

All Class Members have now been given correct notice of the settlement, and there is no change to the settlement. The settlement awards to be paid to the Class Members remain the same and the composition of the Class remains the same. Therefore, as set forth in the previously filed motion for final approval [Doc. No.53] and motion for attorneys' fees and costs [Doc. No. 52], final approval of the settlement may now be granted given the completion of the corrective notice process. Plaintiffs incorporate these prior motions, and because there are no changes, will not repeat these motions

1  herein.

2  The proposed final approval order and judgment accompanying this motion, which
3  are in the forms previously approved by this Court, are submitted herewith. The
4  proposed final approval order and judgment have simply been updated to reflect the new
5  hearing and the corrective notice.

6  For the reasons stated herein and as previously determined by this Court, Plaintiffs
7  respectfully submit that the proposed settlement is fair, reasonable and adequate to the
8  Class and to each Class Member, and should therefore be finally approved.

10  Dated: July 11, 2019               BLUMENTHAL NORDREHAUG BHOWMIK
                                       DE BLOUW LLP

12                                     By:  */s/Norman B. Blumenthal*
                                            Norman B. Blumenthal, Esq.
                                            Attorneys for Plaintiffs and the Class